**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-38350 |
| | § | |
| PLANET CHIROPRACTIC OF | § | |
| HOFFMAN ESTATES, INC. | § | |
| | § | |
| | § | |
| Debtor | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/22/2014. The undersigned trustee was appointed on 10/22/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $28,289.96

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $2,342.27 |
    | Bank service fees | $520.45 |
    | Other Payments to creditors | $13,566.77 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | | |
    | Leaving a balance on hand of[1] | $11,860.47 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/03/2015 and the deadline for filing government claims was 04/20/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,579.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,579.00, for a total compensation of $3,579.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $91.89, for total expenses of $91.89.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/11/2017        By:    /s/ David P. Leibowitz
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1      Exhibit A

| Case No.: | 14-38350-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Date Filed (f) or Converted (c): | 10/22/2014 (f) |
| For the Period Ending: | 12/11/2017 | §341(a) Meeting Date: | 12/08/2014 |
| | | Claims Bar Date: | 02/03/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Checking Account US Bank Palatine, IL #7331 | $100.00 | $100.00 | | $0.00 | FA |
| 2  Checking Account Hoffman Estates Community Bank Hoffman Estates, IL #3365 | $300.00 | $300.00 | | $0.00 | FA |
| 3  Savings Account Hoffman Estates Community Bank Hoffman Estates, IL #7468 | $10.00 | $10.00 | | $0.00 | FA |
| 4  Accounts Receivable Estimate | $3,578.00 | $3,578.00 | | $289.96 | FA |
| **Asset Notes:**   Demand letters were sent to list of 33 accounts considered collectible. | | | | | |
| 5  2006 Infiniti QX56 | $11,545.00 | $9,610.00 | | $9,500.00 | FA |
| **Asset Notes:**   Order authorizing sale entered 03/31/2015 at dkt #27. | | | | | |
| 6  2009 Infiniti G37 | $22,000.00 | $8,164.00 | | $17,000.00 | FA |
| **Asset Notes:**   Order authorizing sale entered 03/31/2015 at dkt #26. | | | | | |
| 7  Two Chiropractic Tables | $600.00 | $600.00 | | $600.00 | FA |
| **Asset Notes:**   Order authorizing sale entered 04/28/2015 at dkt 31. | | | | | |
| 8  Computers Two Desktops One Laptop Purchased in 2008 | $500.00 | $500.00 | | $500.00 | FA |
| **Asset Notes:**   Order authorizing sale entered 04/28/2015 at dkt 31. | | | | | |
| 9  Desks and Chairs | $100.00 | $400.00 | | $400.00 | FA |
| **Asset Notes:**   Order authorizing sale entered 04/28/2015 at dkt 31. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                      **Gross Value of Remaining Assets**

$38,733.00     $23,262.00          $28,289.96     $0.00

**Major Activities affecting case closing:**

06/30/2017    2017 Reporting Period:

Continuing to collect monthly payments from Dr. Linker, pursuant to docket #31.  Estate will be paid-in-full by 8/30/17, at which point case will be ready for TFR.

**Initial Projected Date Of Final Report (TFR):**     05/20/2016          **Current Projected Date Of Final Report (TFR):**   12/31/2017      /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2

Page No: 1     Exhibit B

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-38350-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5638 | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/22/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/11/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/20/2015 | (5) | Jamie Linker | Equity In 2006 Infiniti QX56 | 1129-000 | $9,500.00 | | $9,500.00 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.47 | $9,497.53 |
| 04/20/2015 | | Wheels of Chicago | Sale of 2009 Infiniti G37 to Wheels of Chicagoland - Deposit amount reflects sale price less lien | * | $3,433.23 | | $12,930.76 |
| | {6} | | Sale of 2009 Infiniti G37   $17,000.00 | 1129-000 | | | $12,930.76 |
| | | | Pay-off lien on vehicle to U.S. Bank   $(13,566.77) | 4210-000 | | | $12,930.76 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $16.44 | $12,914.32 |
| 05/26/2015 | (8) | Justin Linker | [Check NSF] Payment for Non-Exempt Equity in Personal Property | 1129-000 | $500.00 | | $13,414.32 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $20.83 | $13,393.49 |
| 06/05/2015 | (8) | Justin Linker | [Check NSF] Payment for Non-Exempt Equity in Personal Property | 1129-000 | ($500.00) | | $12,893.49 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $20.18 | $12,873.31 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $22.11 | $12,851.20 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $19.40 | $12,831.80 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $20.03 | $12,811.77 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $21.34 | $12,790.43 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $19.30 | $12,771.13 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $20.60 | $12,750.53 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $20.57 | $12,729.96 |
| 02/16/2016 | 3001 | ILLINOIS DEPARTMENT OF REVENUE | 2014 Small Business Replacement Tax Return 1120 ST | 2820-000 | | $943.00 | $11,786.96 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $18.82 | $11,768.14 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $18.99 | $11,749.15 |
| 04/28/2016 | 3002 | INTERNAL REVENUE SERVICE | late filing penalty | 2810-000 | | $1,170.00 | $10,579.15 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $18.95 | $10,560.20 |
| 05/24/2016 | 3003 | INTERNAL REVENUE SERVICE | Income Taxes | 2810-000 | | $225.02 | $10,335.18 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.54 | $10,318.64 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.11 | $10,302.53 |

SUBTOTALS     $12,933.23     $2,630.70

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-38350-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5638 | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/22/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/11/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/05/2016 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (1 of 15) | * | $100.00 | | $10,402.53 |
| | {9} | | (1 of 15) $26.67 | 1129-000 | | | $10,402.53 |
| | {8} | | (1 of 15) $33.33 | 1129-000 | | | $10,402.53 |
| | {7} | | (1 of 15) $40.00 | 1129-000 | | | $10,402.53 |
| 07/25/2016 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (2 of 15) | * | $100.00 | | $10,502.53 |
| | {9} | | (2 of 15) $26.67 | 1129-000 | | | $10,502.53 |
| | {8} | | (2 of 15) $33.33 | 1129-000 | | | $10,502.53 |
| | {7} | | (2 of 15) $40.00 | 1129-000 | | | $10,502.53 |
| 07/25/2016 | (4) | Amanda Konieczny | AR Payment from Amanda Konieczny - pursuant to demand letter | 1121-000 | $43.96 | | $10,546.49 |
| 07/28/2016 | (4) | Daniel Guenz | AR Payment from Daniel Guenz - pursuant to demand letter | 1121-000 | $100.00 | | $10,646.49 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.82 | $10,629.67 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $17.15 | $10,612.52 |
| 09/12/2016 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (3 of 15) | * | $100.00 | | $10,712.52 |
| | {9} | | (3 of 15) $26.67 | 1129-000 | | | $10,712.52 |
| | {8} | | (3 of 15) $33.33 | 1129-000 | | | $10,712.52 |
| | {7} | | (3 of 15) $40.00 | 1129-000 | | | $10,712.52 |
| 09/19/2016 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (4 of 15) | * | $100.00 | | $10,812.52 |
| | {9} | | (4 of 15) $26.67 | 1129-000 | | | $10,812.52 |
| | {8} | | (4 of 15) $33.33 | 1129-000 | | | $10,812.52 |
| | {7} | | (4 of 15) $40.00 | 1129-000 | | | $10,812.52 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $17.84 | $10,794.68 |
| | | | **SUBTOTALS** | | $543.96 | $51.81 | |

**FORM 2**

Page No: 3     Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-38350-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5638 | | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/22/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/11/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/17/2016 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (5 of 15) | * | $100.00 | | $10,894.68 |
| | {9} | | (5 of 15)           $26.67 | 1129-000 | | | $10,894.68 |
| | {8} | | (5 of 15)           $33.33 | 1129-000 | | | $10,894.68 |
| | {7} | | (5 of 15)           $40.00 | 1129-000 | | | $10,894.68 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.36 | $10,878.32 |
| 11/21/2016 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (6 of 15) | * | $100.00 | | $10,978.32 |
| | {9} | | (6 of 15)           $26.67 | 1129-000 | | | $10,978.32 |
| | {8} | | (6 of 15)           $33.33 | 1129-000 | | | $10,978.32 |
| | {7} | | (6 of 15)           $40.00 | 1129-000 | | | $10,978.32 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.99 | $10,961.33 |
| 12/21/2016 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (7 of 15) | * | $100.00 | | $11,061.33 |
| | {9} | | (7 of 15)           $26.67 | 1129-000 | | | $11,061.33 |
| | {8} | | (7 of 15)           $33.33 | 1129-000 | | | $11,061.33 |
| | {7} | | (7 of 15)           $40.00 | 1129-000 | | | $11,061.33 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $17.74 | $11,043.59 |
| 01/23/2017 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (8 of 15) | * | $100.00 | | $11,143.59 |
| | {9} | | (8 of 15)           $26.67 | 1129-000 | | | $11,143.59 |
| | {8} | | (8 of 15)           $33.33 | 1129-000 | | | $11,143.59 |
| | {7} | | (8 of 15)           $40.00 | 1129-000 | | | $11,143.59 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $17.86 | $11,125.73 |
| 02/09/2017 | 3004 | International Sureties, Ltd | 2017 Bond Payment (VOID - amount incorrect) | 2300-000 | | $12.78 | $11,112.95 |
| 02/09/2017 | 3004 | VOID: International Sureties, Ltd | Void of Check# 3004 (amount incorrect) | 2300-003 | | ($12.78) | $11,125.73 |
| 02/09/2017 | 3005 | International Sureties, Ltd | 2017 Bond Payment (Bond #016073584) | 2300-000 | | $4.25 | $11,121.48 |

**SUBTOTALS**          $400.00     $73.20

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4    Exhibit B

| Case No. | 14-38350-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5638 | | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/22/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/11/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/23/2017 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (9 of 15) | * | $100.00 | | $11,221.48 |
| | {7} | | (9 of 15)        $40.00 | 1129-000 | | | $11,221.48 |
| | {8} | | (9 of 15)        $33.34 | 1129-000 | | | $11,221.48 |
| | {9} | | (9 of 15)        $26.66 | 1129-000 | | | $11,221.48 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $16.22 | $11,205.26 |
| 03/21/2017 | | Justin Linker | Payment for office equipment/computers (10 of 15) | * | $100.00 | | $11,305.26 |
| | {7} | | (10 of 15)        $40.00 | 1129-000 | | | $11,305.26 |
| | {8} | | (10 of 15)        $33.34 | 1129-000 | | | $11,305.26 |
| | {9} | | (10 of 15)        $26.66 | 1129-000 | | | $11,305.26 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $19.31 | $11,285.95 |
| 04/25/2017 | | Justin Linker | Payment for office equipment/computers (11 of 15) | * | $100.00 | | $11,385.95 |
| | {7} | | (11 of 15)        $40.00 | 1129-000 | | | $11,385.95 |
| | {8} | | (11 of 15)        $33.34 | 1129-000 | | | $11,385.95 |
| | {9} | | (11 of 15)        $26.66 | 1129-000 | | | $11,385.95 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $16.48 | $11,369.47 |
| 05/20/2017 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (12 of 15) | * | $100.00 | | $11,469.47 |
| | {7} | | (12 of 15)        $40.00 | 1129-000 | | | $11,469.47 |
| | {8} | | (12 of 15)        $33.34 | 1129-000 | | | $11,469.47 |
| | {9} | | (12 of 15)        $26.66 | 1129-000 | | | $11,469.47 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $18.38 | $11,451.09 |
| 06/27/2017 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (13 of 15) | * | $100.00 | | $11,551.09 |
| | {7} | | (13 of 15)        $40.00 | 1129-000 | | | $11,551.09 |
| | {8} | | (13 of 15)        $33.34 | 1129-000 | | | $11,551.09 |
| | {9} | | (13 of 15)        $26.66 | 1129-000 | | | $11,551.09 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $19.10 | $11,531.99 |
| | | | **SUBTOTALS** | | $500.00 | $89.49 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-38350-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5638 | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/22/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/11/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/17/2017 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (14 of 15) | * | $100.00 | | $11,631.99 |
| | {7} | | (14 of 15) | $40.00 | 1129-000 | | $11,631.99 |
| | {8} | | (14 of 15) | $33.34 | 1129-000 | | $11,631.99 |
| | {9} | | (14 of 15) | $26.66 | 1129-000 | | $11,631.99 |
| 07/25/2017 | (4) | Richards & Marsh | AR Payment - pursuant to demand letter | 1121-000 | $146.00 | | $11,777.99 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $17.52 | $11,760.47 |
| 08/21/2017 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (15 of 15) | * | $100.00 | | $11,860.47 |
| | {7} | | (15 of 15) | $40.00 | 1129-000 | | $11,860.47 |
| | {8} | | (15 of 15) | $33.32 | 1129-000 | | $11,860.47 |
| | {9} | | (15 of 15) | $26.68 | 1129-000 | | $11,860.47 |
| | | | **TOTALS:** | | $14,723.19 | $2,862.72 | $11,860.47 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $14,723.19 | $2,862.72 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $14,723.19 | $2,862.72 | |

| For the period of  10/22/2014 to 12/11/2017 | | For the entire history of the account between 03/20/2015 to 12/11/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $28,289.96 | Total Compensable Receipts: | $28,289.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,289.96 | Total Comp/Non Comp Receipts: | $28,289.96 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $16,429.49 | Total Compensable Disbursements: | $16,429.49 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,429.49 | Total Comp/Non Comp Disbursements: | $16,429.49 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6                                                                                                     Exhibit B

| Case No. | 14-38350-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5638 | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 10/22/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/11/2017 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $14,723.19 | $2,862.72 | $11,860.47 |

**For the period of 10/22/2014 to 12/11/2017**

| | |
|---|---|
| Total Compensable Receipts: | $28,289.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,289.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $16,429.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,429.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/22/2014 to 12/11/2017**

| | |
|---|---|
| Total Compensable Receipts: | $28,289.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,289.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $16,429.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,429.49 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No. | 14-38350-PSH | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | | | | | | | | Date: 12/11/2017 |
| Claims Bar Date: | 02/03/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID LEIBOWITZ 53 W. Jackson Blvd. Suite 1610 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $3,579.00 | $0.00 | $0.00 | $0.00 | $3,579.00 |
| | DAVID P. LEIBOWITZ 420 West Clayton St Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $91.89 | $0.00 | $0.00 | $0.00 | $91.89 |
| | LAKELAW 53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $228.25 | $0.00 | $0.00 | $0.00 | $228.25 |
| | LAKELAW 53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $1,515.00 | $0.00 | $0.00 | $0.00 | $1,515.00 |
| | LOIS WEST 35 E. Wacker Drive #1550 Chicago IL 60601 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $3,215.00 | $0.00 | $0.00 | $0.00 | $3,215.00 |
| 1 | IRS Mail Stop 5010 CHI 230 S. Dearborn St. Chicago IL 60604 | Internal Revenue Service Tax Liens (pre-petition) | Allowed | 4300-000 | $15,509.51 | $0.00 | $0.00 | $0.00 | $15,509.51 |
| 1a | IRS Mail Stop 5010 CHI 230 S. Dearborn St. Chicago IL 60604 | Claims of Governmental Units | Allowed | 5800-000 | $9,220.46 | $0.00 | $0.00 | $0.00 | $9,220.46 |

| Case No. | 14-38350-PSH | | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | | | | | | | | Date: | 12/11/2017 |
| Claims Bar Date: | 02/03/2015 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6 | ILLINOIS DEPARTMENT OF REVENUE<br><br>Bankruptcy Section Suite 7-400<br>PO BOX 64338<br>Chicago IL 60664-0338 | Claims of Governmental Units | Allowed | 5800-000 | $3,157.60 | $0.00 | $0.00 | $0.00 | $3,157.60 |
| **Claim Notes:** | Amended 8/18/17 as claim 6-2 | | | | | | | | |
| 7 | ILLINOIS DEPARTMENT OF REVENUE<br><br>Bankruptcy Section Suite 7-400<br>PO BOX 64338<br>Chicago IL 60664-0338 | Late Filed - Claims of Governmental Units | Withdrawn | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Withdrawn per docket #37<br>(originally filed as an administrative claim) | | | | | | | | |
| 8 | ILLINOIS DEPARTMENT OF REVENUE<br><br>Bankruptcy Section<br>PO Box 19035<br>Springfield IL 62794-9035 | Late Filed - Claims of Governmental Units | Allowed | 5800-000 | $1,061.37 | $0.00 | $0.00 | $0.00 | $1,061.37 |
| **Claim Notes:** | withholding tax for pre-petition period | | | | | | | | |
| 1b | IRS<br><br>Mail Stop 5010 CHI<br>230 S. Dearborn St.<br>Chicago IL 60604 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,353.01 | $0.00 | $0.00 | $0.00 | $1,353.01 |
| 4 | CENTEGRA HOSPITAL<br><br>C/O H AND R ACCOUNTS INC<br>PO BOX 672<br>MOLINE IL 61265 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | GENERAL ELECTRIC CAPITAL CORP<br><br>Attn: Lisa Boddicker<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids IA 52404 | General Unsecured § 726(a)(2) | Amended | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

CLAIM ANALYSIS REPORT

Page No: 3
Exhibit C

| Case No.: | 14-38350-PSH | | | | | | | | Trustee Name: David Leibowitz |
| Case Name: | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | | | | | | | | Date: 12/11/2017 |
| Claims Bar Date: | 02/03/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5A | GENERAL ELECTRIC CAPITAL CORP<br><br>Attn: Lisa Boddicker<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids IA 52404 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,299.39 | $0.00 | $0.00 | $0.00 | $2,299.39 |
| 6a | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION<br>PO BOX 64338<br>CHICAGO IL 60664-0338 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $337.52 | $0.00 | $0.00 | $0.00 | $337.52 |
| 2 | U.S. BANK NATIONAL ASSOCIATION<br><br>Attn: Victoria M Peters<br>9918 Hibert St<br>San Diego CA 92131 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $81,767.19 | $0.00 | $0.00 | $0.00 | $81,767.19 |
| 3 | AMERICAN EXPRESS BANK, FSB<br><br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $6,450.99 | $0.00 | $0.00 | $0.00 | $6,450.99 |

**Claim Notes:** (3-1) CREDIT CARD DEBT

| | | | | | $129,786.18 | $0.00 | $0.00 | $0.00 | $129,786.18 |

**Case No.**   14-38350-PSH                                    **Trustee Name:** David Leibowitz
**Case Name:** PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC.    **Date:** 12/11/2017
**Claims Bar Date:** 02/03/2015

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $3,215.00 | $3,215.00 | $0.00 | $0.00 | $0.00 | $3,215.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $228.25 | $228.25 | $0.00 | $0.00 | $0.00 | $228.25 |
| Attorney for Trustee Fees (Trustee Firm) | $1,515.00 | $1,515.00 | $0.00 | $0.00 | $0.00 | $1,515.00 |
| Claims of Governmental Units | $12,378.06 | $12,378.06 | $0.00 | $0.00 | $0.00 | $12,378.06 |
| General Unsecured § 726(a)(2) | $6,759.31 | $3,989.92 | $0.00 | $0.00 | $0.00 | $3,989.92 |
| Internal Revenue Service Tax Liens (pre-petition) | $15,509.51 | $15,509.51 | $0.00 | $0.00 | $0.00 | $15,509.51 |
| Late Filed - Claims of Governmental Units | $2,336.46 | $1,061.37 | $0.00 | $0.00 | $0.00 | $1,061.37 |
| Payments to Unsecured Credit Card Holders | $88,218.18 | $88,218.18 | $0.00 | $0.00 | $0.00 | $88,218.18 |
| Trustee Compensation | $3,579.00 | $3,579.00 | $0.00 | $0.00 | $0.00 | $3,579.00 |
| Trustee Expenses | $91.89 | $91.89 | $0.00 | $0.00 | $0.00 | $91.89 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       14-38350
Case Name:     PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC.
Trustee Name:  David P. Leibowitz

Balance on hand:                $11,860.47

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | IRS | $15,509.51 | $15,509.51 | $0.00 | $3,231.33 |

Total to be paid to secured creditors:    $3,231.33
Remaining balance:                         $8,629.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David Leibowitz, Trustee Fees | $3,579.00 | $0.00 | $3,579.00 |
| David P. Leibowitz, Trustee Expenses | $91.89 | $0.00 | $91.89 |
| Lakelaw, Attorney for Trustee Fees | $1,515.00 | $0.00 | $1,515.00 |
| Lakelaw, Attorney for Trustee Expenses | $228.25 | $0.00 | $228.25 |
| LOIS WEST, Accountant for Trustee Fees | $3,215.00 | $0.00 | $3,215.00 |

Total to be paid for chapter 7 administrative expenses:    $8,629.14
Remaining balance:                                          $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:                                             $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $13,439.43 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1a | IRS | $9,220.46 | $0.00 | $0.00 |
| 6 | Illinois Department of Revenue | $3,157.60 | $0.00 | $0.00 |
| 8 | Illinois Department of Revenue | $1,061.37 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $92,208.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1b | IRS | $1,353.01 | $0.00 | $0.00 |
| 2 | U.S. Bank National Association | $81,767.19 | $0.00 | $0.00 |
| 3 | American Express Bank, FSB | $6,450.99 | $0.00 | $0.00 |
| 5 | General Electric Capital Corp | $0.00 | $0.00 | $0.00 |
| 5A | General Electric Capital Corp | $2,299.39 | $0.00 | $0.00 |
| 6a | ILLINOIS DEPARTMENT OF REVENUE | $337.52 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**