**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-38350 |
| | § | |
| PLANET CHIROPRACTIC OF | § | |
| HOFFMAN ESTATES, INC. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $410.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $16,798.10 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $11,491.86 | | |

3) Total gross receipts of $28,289.96 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $28,289.96 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $47,482.00 | $29,076.28 | $29,076.28 | $16,798.10 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $11,491.86 | $11,491.86 | $11,491.86 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $14,000.00 | $14,714.52 | $13,439.43 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $154,979.00 | $94,977.49 | $92,208.10 | $0.00 |
| **Total Disbursements** | $216,461.00 | $150,260.15 | $146,215.67 | $28,289.96 |

   4). This case was originally filed under chapter 7 on 10/22/2014. The case was pending for 44 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/14/2018                                  By:   /s/ David P. Leibowitz
                                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable Estimate | 1121-000 | $289.96 |
| 2006 Infiniti QX56 | 1129-000 | $9,500.00 |
| 2009 Infiniti G37 | 1129-000 | $17,000.00 |
| Computers Two Desktops One Laptop Purchased in 2008 | 1129-000 | $500.00 |
| Desks and Chairs | 1129-000 | $400.00 |
| Two Chiropractic Tables | 1129-000 | $600.00 |
| **TOTAL GROSS RECEIPTS** | | **$28,289.96** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | IRS | 4300-000 | $22,000.00 | $15,509.51 | $15,509.51 | $3,231.33 |
|  | GE Money Bank | 4110-000 | $444.00 | $0.00 | $0.00 | $0.00 |
|  | Ladco Merchant | 4110-000 | $667.00 | $0.00 | $0.00 | $0.00 |
|  | NCMIC Finance Corporation | 4110-000 | $8,600.00 | $0.00 | $0.00 | $0.00 |
|  | Pay-off lien on vehicle to U.S. Bank | 4210-000 | $0.00 | $13,566.77 | $13,566.77 | $13,566.77 |
|  | US Bank | 4110-000 | $13,836.00 | $0.00 | $0.00 | $0.00 |
|  | US Bank | 4110-000 | $1,935.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$47,482.00** | **$29,076.28** | **$29,076.28** | **$16,798.10** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David Leibowitz, Trustee | 2100-000 | NA | $3,579.00 | $3,579.00 | $3,579.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $91.89 | $91.89 | $91.89 |
| International Sureties, Ltd | 2300-000 | NA | $4.25 | $4.25 | $4.25 |
| Green Bank | 2600-000 | NA | $520.45 | $520.45 | $520.45 |
| INTERNAL | 2810-000 | NA | $1,395.02 | $1,395.02 | $1,395.02 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| REVENUE SERVICE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | $943.00 | $943.00 | $943.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,515.00 | $1,515.00 | $1,515.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $228.25 | $228.25 | $228.25 |
| LOIS WEST, Accountant for Trustee | 3410-000 | NA | $3,215.00 | $3,215.00 | $3,215.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$11,491.86** | **$11,491.86** | **$11,491.86** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | IRS | 5800-000 | $8,000.00 | $9,220.46 | $9,220.46 | $0.00 |
| 6 | Illinois Department of Revenue | 5800-000 | $0.00 | $3,157.60 | $3,157.60 | $0.00 |
| 7 | Illinois Department of Revenue | 5800-000 | $0.00 | $1,275.09 | $0.00 | $0.00 |
| 8 | Illinois Department of Revenue | 5800-000 | $0.00 | $1,061.37 | $1,061.37 | $0.00 |
| | IRS | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | IRS | 5800-000 | $6,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$14,000.00** | **$14,714.52** | **$13,439.43** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1b | IRS | 7100-000 | $0.00 | $1,353.01 | $1,353.01 | $0.00 |
| 2 | U.S. Bank National Association | 7100-900 | $80,018.00 | $81,767.19 | $81,767.19 | $0.00 |
| 3 | American Express Bank, FSB | 7100-900 | $6,451.00 | $6,450.99 | $6,450.99 | $0.00 |
| 4 | CENTEGRA HOSPITAL | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | General Electric | 7100-000 | $0.00 | $2,769.39 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Capital Corp |  |  |  |  |  |
| 5A | General Electric Capital Corp | 7100-000 | $0.00 | $2,299.39 | $2,299.39 | $0.00 |
| 6a | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | $0.00 | $337.52 | $337.52 | $0.00 |
|  | AT&T | 7100-000 | $548.00 | $0.00 | $0.00 | $0.00 |
|  | Barrington Bank & Trust Co., N,A, | 7100-000 | $9,207.00 | $0.00 | $0.00 | $0.00 |
|  | Barrington Bank & Trust Co., N,A, | 7100-000 | $2,264.00 | $0.00 | $0.00 | $0.00 |
|  | Convergent | 7100-000 | $113.00 | $0.00 | $0.00 | $0.00 |
|  | Credit Collection Services | 7100-000 | $372.00 | $0.00 | $0.00 | $0.00 |
|  | Elavon | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | HNR Accounts | 7100-000 | $1,053.00 | $0.00 | $0.00 | $0.00 |
|  | Sole Supports | 7100-000 | $258.00 | $0.00 | $0.00 | $0.00 |
|  | The Billing Office | 7100-000 | $2,500.00 | $0.00 | $0.00 | $0.00 |
|  | US Bank | 7100-000 | $5,037.00 | $0.00 | $0.00 | $0.00 |
|  | US Bank | 7100-000 | $12,360.00 | $0.00 | $0.00 | $0.00 |
|  | US Bank | 7100-000 | $34,798.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $154,979.00 | $94,977.49 | $92,208.10 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 14-38350-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Date Filed (f) or Converted (c): | 10/22/2014 (f) |
| For the Period Ending: | 6/14/2018 | §341(a) Meeting Date: | 12/08/2014 |
| | | Claims Bar Date: | 02/03/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Checking Account US Bank Palatine, IL #7331 | $100.00 | $100.00 | | $0.00 | FA |
| 2 | Checking Account Hoffman Estates Community Bank Hoffman Estates, IL #3365 | $300.00 | $300.00 | | $0.00 | FA |
| 3 | Savings Account Hoffman Estates Community Bank Hoffman Estates, IL #7468 | $10.00 | $10.00 | | $0.00 | FA |
| 4 | Accounts Receivable Estimate | $3,578.00 | $3,578.00 | | $289.96 | FA |
| Asset Notes: | Demand letters were sent to list of 33 accounts considered collectible. | | | | | |
| 5 | 2006 Infiniti QX56 | $11,545.00 | $9,610.00 | | $9,500.00 | FA |
| Asset Notes: | Order authorizing sale entered 03/31/2015 at dkt #27. | | | | | |
| 6 | 2009 Infiniti G37 | $22,000.00 | $8,164.00 | | $17,000.00 | FA |
| Asset Notes: | Order authorizing sale entered 03/31/2015 at dkt #26. | | | | | |
| 7 | Two Chiropractic Tables | $600.00 | $600.00 | | $600.00 | FA |
| Asset Notes: | Order authorizing sale entered 04/28/2015 at dkt 31. | | | | | |
| 8 | Computers Two Desktops One Laptop Purchased in 2008 | $500.00 | $500.00 | | $500.00 | FA |
| Asset Notes: | Order authorizing sale entered 04/28/2015 at dkt 31. | | | | | |
| 9 | Desks and Chairs | $100.00 | $400.00 | | $400.00 | FA |
| Asset Notes: | Order authorizing sale entered 04/28/2015 at dkt 31. | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                                         **Gross Value of Remaining Assets**
                                  $38,733.00             $23,262.00                                        $28,289.96                     $0.00

**Major Activities affecting case closing:**
06/30/2017  2017 Reporting Period:
Continuing to collect monthly payments from Dr. Linker, pursuant to docket #31. Estate will be paid-in-full by 8/30/17, at which point case will be ready for TFR.

**Initial Projected Date Of Final Report (TFR):**   05/20/2016    **Current Projected Date Of Final Report (TFR):**   12/31/2017      /s/ DAVID LEIBOWITZ
                                                                                                                                        DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-38350-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5638 | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/22/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/14/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/20/2015 | (5) | Jamie Linker | Equity In 2006 Infiniti QX56 | 1129-000 | $9,500.00 | | $9,500.00 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.47 | $9,497.53 |
| 04/20/2015 | | Wheels of Chicago | Sale of 2009 Infiniti G37 to Wheels of Chicagoland - Deposit amount reflects sale price less lien | * | $3,433.23 | | $12,930.76 |
| | {6} | | Sale of 2009 Infiniti G37            $17,000.00 | 1129-000 | | | $12,930.76 |
| | | | Pay-off lien on vehicle to U.S. Bank     $(13,566.77) | 4210-000 | | | $12,930.76 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $16.44 | $12,914.32 |
| 05/26/2015 | (8) | Justin Linker | [Check NSF] Payment for Non-Exempt Equity in Personal Property | 1129-000 | $500.00 | | $13,414.32 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $20.83 | $13,393.49 |
| 06/05/2015 | (8) | Justin Linker | [Check NSF] Payment for Non-Exempt Equity in Personal Property | 1129-000 | ($500.00) | | $12,893.49 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $20.18 | $12,873.31 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $22.11 | $12,851.20 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $19.40 | $12,831.80 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $20.03 | $12,811.77 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $21.34 | $12,790.43 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $19.30 | $12,771.13 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $20.60 | $12,750.53 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $20.57 | $12,729.96 |
| 02/16/2016 | 3001 | ILLINOIS DEPARTMENT OF REVENUE | 2014 Small Business Replacement Tax Return 1120 ST | 2820-000 | | $943.00 | $11,786.96 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $18.82 | $11,768.14 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $18.99 | $11,749.15 |
| 04/28/2016 | 3002 | INTERNAL REVENUE SERVICE | late filing penalty | 2810-000 | | $1,170.00 | $10,579.15 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $18.95 | $10,560.20 |
| 05/24/2016 | 3003 | INTERNAL REVENUE SERVICE | Income Taxes | 2810-000 | | $225.02 | $10,335.18 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.54 | $10,318.64 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.11 | $10,302.53 |

|  |  |  |  | **SUBTOTALS** | **$12,933.23** | **$2,630.70** |  |

**FORM 2**

Page No: 2     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-38350-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5638 | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/22/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/14/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/05/2016 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (1 of 15) | | * | $100.00 | | $10,402.53 |
| | {9} | | (1 of 15) | $26.67 | 1129-000 | | | $10,402.53 |
| | {8} | | (1 of 15) | $33.33 | 1129-000 | | | $10,402.53 |
| | {7} | | (1 of 15) | $40.00 | 1129-000 | | | $10,402.53 |
| 07/25/2016 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (2 of 15) | | * | $100.00 | | $10,502.53 |
| | {9} | | (2 of 15) | $26.67 | 1129-000 | | | $10,502.53 |
| | {8} | | (2 of 15) | $33.33 | 1129-000 | | | $10,502.53 |
| | {7} | | (2 of 15) | $40.00 | 1129-000 | | | $10,502.53 |
| 07/25/2016 | (4) | Amanda Konieczny | AR Payment from Amanda Konieczny - pursuant to demand letter | | 1121-000 | $43.96 | | $10,546.49 |
| 07/28/2016 | (4) | Daniel Guenz | AR Payment from Daniel Guenz - pursuant to demand letter | | 1121-000 | $100.00 | | $10,646.49 |
| 07/29/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $16.82 | $10,629.67 |
| 08/31/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $17.15 | $10,612.52 |
| 09/12/2016 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (3 of 15) | | * | $100.00 | | $10,712.52 |
| | {9} | | (3 of 15) | $26.67 | 1129-000 | | | $10,712.52 |
| | {8} | | (3 of 15) | $33.33 | 1129-000 | | | $10,712.52 |
| | {7} | | (3 of 15) | $40.00 | 1129-000 | | | $10,712.52 |
| 09/19/2016 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (4 of 15) | | * | $100.00 | | $10,812.52 |
| | {9} | | (4 of 15) | $26.67 | 1129-000 | | | $10,812.52 |
| | {8} | | (4 of 15) | $33.33 | 1129-000 | | | $10,812.52 |
| | {7} | | (4 of 15) | $40.00 | 1129-000 | | | $10,812.52 |
| 09/30/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $17.84 | $10,794.68 |

**SUBTOTALS**     $543.96     $51.81

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-38350-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5638 | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/22/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/14/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/17/2016 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (5 of 15) | * | $100.00 | | $10,894.68 |
| | {9} | | (5 of 15)                $26.67 | 1129-000 | | | $10,894.68 |
| | {8} | | (5 of 15)                $33.33 | 1129-000 | | | $10,894.68 |
| | {7} | | (5 of 15)                $40.00 | 1129-000 | | | $10,894.68 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.36 | $10,878.32 |
| 11/21/2016 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (6 of 15) | * | $100.00 | | $10,978.32 |
| | {9} | | (6 of 15)                $26.67 | 1129-000 | | | $10,978.32 |
| | {8} | | (6 of 15)                $33.33 | 1129-000 | | | $10,978.32 |
| | {7} | | (6 of 15)                $40.00 | 1129-000 | | | $10,978.32 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.99 | $10,961.33 |
| 12/21/2016 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (7 of 15) | * | $100.00 | | $11,061.33 |
| | {9} | | (7 of 15)                $26.67 | 1129-000 | | | $11,061.33 |
| | {8} | | (7 of 15)                $33.33 | 1129-000 | | | $11,061.33 |
| | {7} | | (7 of 15)                $40.00 | 1129-000 | | | $11,061.33 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $17.74 | $11,043.59 |
| 01/23/2017 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (8 of 15) | * | $100.00 | | $11,143.59 |
| | {9} | | (8 of 15)                $26.67 | 1129-000 | | | $11,143.59 |
| | {8} | | (8 of 15)                $33.33 | 1129-000 | | | $11,143.59 |
| | {7} | | (8 of 15)                $40.00 | 1129-000 | | | $11,143.59 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $17.86 | $11,125.73 |
| 02/09/2017 | 3004 | International Sureties, Ltd | 2017 Bond Payment (VOID - amount incorrect) | 2300-000 | | $12.78 | $11,112.95 |
| 02/09/2017 | 3004 | VOID: International Sureties, Ltd | Void of Check# 3004 (amount incorrect) | 2300-003 | | ($12.78) | $11,125.73 |
| 02/09/2017 | 3005 | International Sureties, Ltd | 2017 Bond Payment (Bond #016073584) | 2300-000 | | $4.25 | $11,121.48 |
| | | | | **SUBTOTALS** | **$400.00** | **$73.20** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-38350-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5638 | | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/22/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/14/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/23/2017 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (9 of 15) | * | $100.00 | | $11,221.48 |
| | {7} | | (9 of 15)          $40.00 | 1129-000 | | | $11,221.48 |
| | {8} | | (9 of 15)          $33.34 | 1129-000 | | | $11,221.48 |
| | {9} | | (9 of 15)          $26.66 | 1129-000 | | | $11,221.48 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $16.22 | $11,205.26 |
| 03/21/2017 | | Justin Linker | Payment for office equipment/computers (10 of 15) | * | $100.00 | | $11,305.26 |
| | {7} | | (10 of 15)         $40.00 | 1129-000 | | | $11,305.26 |
| | {8} | | (10 of 15)         $33.34 | 1129-000 | | | $11,305.26 |
| | {9} | | (10 of 15)         $26.66 | 1129-000 | | | $11,305.26 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $19.31 | $11,285.95 |
| 04/25/2017 | | Justin Linker | Payment for office equipment/computers (11 of 15) | * | $100.00 | | $11,385.95 |
| | {7} | | (11 of 15)         $40.00 | 1129-000 | | | $11,385.95 |
| | {8} | | (11 of 15)         $33.34 | 1129-000 | | | $11,385.95 |
| | {9} | | (11 of 15)         $26.66 | 1129-000 | | | $11,385.95 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $16.48 | $11,369.47 |
| 05/20/2017 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (12 of 15) | * | $100.00 | | $11,469.47 |
| | {7} | | (12 of 15)         $40.00 | 1129-000 | | | $11,469.47 |
| | {8} | | (12 of 15)         $33.34 | 1129-000 | | | $11,469.47 |
| | {9} | | (12 of 15)         $26.66 | 1129-000 | | | $11,469.47 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $18.38 | $11,451.09 |
| 06/27/2017 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (13 of 15) | * | $100.00 | | $11,551.09 |
| | {7} | | (13 of 15)         $40.00 | 1129-000 | | | $11,551.09 |
| | {8} | | (13 of 15)         $33.34 | 1129-000 | | | $11,551.09 |
| | {9} | | (13 of 15)         $26.66 | 1129-000 | | | $11,551.09 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $19.10 | $11,531.99 |
| | | | **SUBTOTALS** | | $500.00 | $89.49 | |

FORM 2

Page No: 5        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-38350-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5638 | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/22/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/14/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/17/2017 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (14 of 15) | * | $100.00 | | $11,631.99 |
| | {7} | | (14 of 15)                $40.00 | 1129-000 | | | $11,631.99 |
| | {8} | | (14 of 15)                $33.34 | 1129-000 | | | $11,631.99 |
| | {9} | | (14 of 15)                $26.66 | 1129-000 | | | $11,631.99 |
| 07/25/2017 | (4) | Richards & Marsh | AR Payment - pursuant to demand letter | 1121-000 | $146.00 | | $11,777.99 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $17.52 | $11,760.47 |
| 08/21/2017 | | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Payment for office equipment/computers (15 of 15) | * | $100.00 | | $11,860.47 |
| | {7} | | (15 of 15)                $40.00 | 1129-000 | | | $11,860.47 |
| | {8} | | (15 of 15)                $33.32 | 1129-000 | | | $11,860.47 |
| | {9} | | (15 of 15)                $26.68 | 1129-000 | | | $11,860.47 |
| 01/18/2018 | 3006 | David Leibowitz | Trustee Compensation | 2100-000 | | $3,579.00 | $8,281.47 |
| 01/18/2018 | 3007 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $91.89 | $8,189.58 |
| 01/18/2018 | 3008 | Lakelaw | Claim #: ; Amount Claimed: $1,515.00; Distribution Dividend: 100.00%; | 3110-000 | | $1,515.00 | $6,674.58 |
| 01/18/2018 | 3009 | Lakelaw | Claim #: ; Amount Claimed: $228.25; Distribution Dividend: 100.00%; | 3120-000 | | $228.25 | $6,446.33 |
| 01/18/2018 | 3010 | LOIS WEST | Claim #: ; Amount Claimed: $3,215.00; Distribution Dividend: 100.00%; | 3410-000 | | $3,215.00 | $3,231.33 |
| 01/18/2018 | 3011 | IRS | Claim #: 1; Amount Claimed: $15,509.51; Distribution Dividend: 20.83%; | 4300-000 | | $3,231.33 | $0.00 |
| 04/19/2018 | 3011 | STOP PAYMENT: IRS | [Reissued - Payment sent to incorrect address] Claim #: 1; Amount Claimed: $15,509.51; Distribution Dividend: 20.83%; | 4300-004 | | ($3,231.33) | $3,231.33 |
| 04/19/2018 | 3012 | Internal Revenue Service | [Reissued - Payment sent to incorrect address] Claim #: 1; Amount Claimed: $15,509.51; Distribution Dividend: 20.83%; | 4300-000 | | $3,231.33 | $0.00 |

| | | | | SUBTOTALS | $346.00 | $11,877.99 | |

FORM 2

Page No: 6    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-38350-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5638 | Checking Acct #: | ******5001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/22/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/14/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |
|---|---|---|---|---|
| | TOTALS: | $14,723.19 | $14,723.19 | $0.00 |
| | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | Subtotal | $14,723.19 | $14,723.19 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $14,723.19 | $14,723.19 | |

**For the period of 10/22/2014 to 6/14/2018**

| | |
|---|---|
| Total Compensable Receipts: | $28,289.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,289.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $28,289.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $28,289.96 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/20/2015 to 6/14/2018**

| | |
|---|---|
| Total Compensable Receipts: | $28,289.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,289.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $28,289.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $28,289.96 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 7         Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 14-38350-PSH | **Trustee Name:** David Leibowitz |
| **Case Name:** | PLANET CHIROPRACTIC OF HOFFMAN ESTATES, INC. | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***5638 | **Checking Acct #:** ******5001 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 10/22/2014 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 6/14/2018 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $14,723.19 | $14,723.19 | $0.00 |

| For the period of **10/22/2014** to **6/14/2018** | | For the entire history of the case between **10/22/2014** to **6/14/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $28,289.96 | Total Compensable Receipts: | $28,289.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,289.96 | Total Comp/Non Comp Receipts: | $28,289.96 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $28,289.96 | Total Compensable Disbursements: | $28,289.96 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $28,289.96 | Total Comp/Non Comp Disbursements: | $28,289.96 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ